ACCEPTED
15-25-00024-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 2:59 PM
CHRISTOPHER A. PRINE
CLERK

**CASE NO. 15-25-00024-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 2:59:35 PM
CHRISTOPHER A. PRINE
~~Clerk~~

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

---

**MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION; and LA VILLA INDEPENDENT SCHOOL DISTRICT**,

*Appellants,*

v.

**DR. PAZ ELIZONDO**,

*Appellee.*

_____

**APPELLANT MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

_____

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellant, Mike Morath, Texas Commissioner of Education, ("Morath"), respectfully requests a four-day extension of time to Friday, May 9, 2025, in which to file his reply brief in the captioned appeal. In support, Morath would respectfully show the Court as follows:

1.     Morath's brief was due on Monday, May 5, 2025. No previous extensions have been requested or granted.

Morath v. Elizondo
Unopposed Motion for Extension

2.      Counsel for Morath requests a four-day extension, to May 9, 2025, to file Morath's reply brief, which reply brief is appended to this motion as Exhibit A.

3.      Counsel for Morath needs an extension because both she and her legal assistant inadvertently failed to docket the deadline to file the reply brief because Dr. Elizondo filed his appellee's brief before Commissioner Morath filed his appellant's brief.  The undersigned realized that she had failed to docket the deadline to file the reply brief when appellant La Villa Independent School District filed its reply brief on Monday, May 5.  As a result, Commissioner Morath requests an additional four days to file his reply brief, which is being tendered with this unopposed motion.

4.      This motion is not being filed for the purpose of delay, but only to allow counsel for Commissioner Morath to prepare and file a brief that will provide the Court the greatest assistance in resolving Morath's appeal.

5.      Counsel for Morath has conferred with counsel for Appellee, who does not oppose this request.

Appellant, Mike Morath, Texas Commissioner of Education, respectfully requests an extension of time in which to file his brief up to and including Friday, May 9, 2025.

DATED:  May 9, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General
State Bar No. 20927425

OFFICE OF THE ATTORNEY GENERAL
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:  (512) 475-4208
Facsimile:   (512) 320-0167
karen.watkins@oag.texas.gov

***Counsel for Appellant Mike Morath,
Texas Commissioner of Education***

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for both Dr. Elizondo and La Villa Independent School District on May 8, 2025, by certified mail, return receipt requested. Both counsel graciously agreed not to oppose the relief requested in this motion.

*/s/ Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellant Morath's Motion for Extension* has been served on the following parties by e-service and email on this 9th day of May 2025:

RUBEN R. PEÑA
State Bar No. 15740900
LAW OFFICES OF RUBEN R. PEÑA, P.C.
222 W. Harrison, Suite B
Harlingen, Texas 78550
Tel.: (956) 496-2060
ruben@rubenpenalaw.com

COUNSEL FOR APPELLEE,
DR. PAZ ELIZONDO

DAVID CAMPBELL
State Bar No. 24057033
THOMPSON & HORTON, LLP
8300 N. MoPac Expwy., Suite 220
Austin, Texas 78759
Tel.: (512) 825-3114
Fax: (512) 583-8884
dcampbell@thompsonhorton.com

COUNSEL FOR APPELLANT LA VILLA
INDEPENDENT SCHOOL DISTRICT

*/s/ Karen L. Watkins*
KAREN L. WATKINS
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Karen Watkins
Bar No. 20927425
jeff.lutz@oag.texas.gov
Envelope ID: 100663587
Filing Code Description: Motion
Filing Description: 2025 0509 Unopposed MET to File Reply Brief
Status as of 5/9/2025 3:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 5/9/2025 2:59:35 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 5/9/2025 2:59:35 PM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 5/9/2025 2:59:35 PM | SENT |
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 5/9/2025 2:59:35 PM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 5/9/2025 2:59:35 PM | SENT |
| Kate French | | kfrench@thompsonhorton.com | 5/9/2025 2:59:35 PM | SENT |